UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY ROMANO,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. DIRECT EXPRESS, et al.,<br><br>    Defendants. | No.  2:14-cv-1726 CKD P<br><br><br>ORDER |

   Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.

   In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  Plaintiff's failure to

/////

/////

/////

/////

/////

1

1 | comply with this order will result in a recommendation that this action be dismissed without
2 | prejudice.
3 | Dated: July 28, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
roma1726.3e