UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY ROMANO, | No. 2:14-cv-1726 TLN CKD PS |
| Plaintiff, | |
| v. | ORDER |
| US DIRECT EXPRESS, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding in this action pro se and in forma pauperis. This proceeding was referred to this court by Local Rule 302(c)(21). Plaintiff has requested a copy of the Local Rules. Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall send plaintiff a copy of the abridged version of the Local Rules.

Dated: November 21, 2014

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 romano1726.lr